# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# BROWARD DIVISION

| | |
|---|---|
| Anthony Martin,<br><br>　　　Plaintiff,<br><br>v.<br><br>Erica L. Brachfeld, A Professional Corporation,<br><br>　　　Defendant. | Case No.<br><br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br><br>**JURY DEMAND ENDORSED HEREIN** |

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692.  Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## FACTS COMMON TO ALL COUNTS

2. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

3. As described below, Defendant attempted to collect from Plaintiff a "debt" as defined by 15 U.S.C. §1692a(5).

4. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

5. On or around September 26, 2009, Plaintiff retained an attorney to file for bankruptcy.

6. On or around July 7, 2010, Defendant telephoned Plaintiff in connection with the collection of the debt.

7. During this communication, Plaintiff notified Defendant that Plaintiff was represented by an attorney, provided Defendant with Plaintiff's attorney's contact information, and requested that Defendant no longer call him about the debt.

8. On or around July 8, 2010, Defendant again telephoned Plaintiff in connection with the collection of the debt.

9. During this communication, Plaintiff again notified Defendant that Plaintiff was represented by an attorney, provided Plaintiff's attorney's contact information, and requested that Defendant no longer call him about the debt.

10. Despite these notices, Defendant telephoned Plaintiff in connection with the collection of the debt on numerous occasions thereafter in or around July 2010.

11. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

12. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

13. Defendant violated 15 U.S.C. §1692c(a)(2) by communicating with Plaintiff in connection with the collection of the debt despite having knowledge that Plaintiff was represented by an attorney with respect to the debt.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

14. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

15. Defendant violated 15 U.S.C. §1692d by engaging in conduct the natural consequence of which was to harass, oppress, or abuse Plaintiff in connection with the collection of the debt.

## JURY DEMAND

16. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

17. Plaintiff prays for the following relief:

a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

b. For such other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: /s/ Adela D. Estopinan
 Adela D. Estopinan
 Bar # 25939
 701 SW 27th Avenue, #1209
 Miami, FL 33135
 Telephone: 866-339-1156
 Email: ade@legalhelpers.com
 Attorneys for Plaintiff